MARGARET NUGENT, Plaintiff and Counterdefendant-Appellee, *v.* DONALD J. NUGENT, Defendant and Counterplaintiff-Appellant.

(No. 71-350;

Second District—February 15, 1973.

Opinion by Mr. JUSTICE SEIDENFELD.

Eugene P. Meegan, of Chicago, for appellant.

Burek & Field, of Wheaton, for appellee.